**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Sergio Angel CASTILLO–GUERRA, also known as Sergio Castillo–Guerra, Defendant–Appellant**

No. 15-11221
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 08/25/2016

---

Sergio Angel Castillo–Guerra, Pro Se

Before JONES, CLEMENT, and ELROD, Circuit Judges.

PER CURIAM:*

Sergio Angel Castillo–Guerra appeals the district court's denial of his 18 U.S.C. § 3582(c)(2) motion to reduce his 210–month sentence imposed following his guilty plea conviction for conspiring to possess and distribute cocaine. The motion was filed while his direct appeal was pending, and the district court reasoned that Castillo–Guerra was not entitled to § 3582(c)(2) relief under that circumstance.

Castillo–Guerra has abandoned his claim of abuse of discretion by failing to brief it adequately. *See Brinkmann v. Dallas County Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987); *Yohey v. Collins*, 985 F.2d 222, 224–25 (5th Cir. 1993). Because Castillo–Guerra fails to make an argument containing "the reasons he deserves the requested relief with citation to the authorities, statutes and parts of the record relied on," we must reject his appeal. *Yohey*, 985 F.2d at 225 (internal quotation marks and citation omitted). His motion for the appointment of counsel is DENIED.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.